# EXHIBIT 2

| | |
|---|---|
| From: | Notifications@fedex.com |
| To: | kelly@processserverone.com |
| Subject: | FedEx® Tracking: Consolidated Proof of Delivery |
| Date: | Tuesday, March 2, 2021 11:02:28 AM |

## The following shipments were delivered within the past 24 hours:

**Ship date:** 2/26/2021

| Tracking number | Recipient information | Shipper information | Number of pieces | Delivery detail |
|---|---|---|---|---|
| 773083284 | Greek Committee on Private International Law<br>c/o Ministry of Foreign Affairs<br>Legal Department<br>100 27 ATHENS<br>Greece | KELLY BREUER<br>PROCESS SERVER ONE<br>LAKEWOOD, CO, 80214, US<br>7207990524 | 1 | 03/02/2021<br>10:24 am |

**Total pieces:** 1    **Total weight:** 1.00 lb. (0.50 kg.)

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:02 AM CST on 03/10/2021.

To track the latest status of your shipment, click on the tracking number above.

All weights are estimated.

This tracking update has been sent to you by FedEx on behalf of the Requestor . FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.

Thank you for your business.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.