# EXHIBIT 3



HILLIARD MARTINEZ GONZALES LLP
TRIAL ATTORNEYS

**ΕΙΔΟΠΟΙΗΣΗ ΑΙΤΗΣΗΣ ΖΗΜΙΩΝ &**
**ΑΙΤΗΣΗ ΓΙΑ ΤΗ ΔΙΑΤΗΡΗΣΗ ΤΩΝ ΔΕΔΟΜΕΝΩΝ**

8 Μαρτίου 2021

**Certified Mail Return Receipt Requested:**
GainJet Aviation S.A.
Themistokleous 1
Glifada 166 74 Greece

RE: Πολιτική δράση 5: 20-1422; Paul Rusesbagina, Taciana Mukangamije, Anaise Mother Kanimba, Aimee-Lys Rusesbagina, Carine Isere Kanimba, Aime-Diane Rusesabagina, Tresor Rusesabagina και Roger Rusesabagina vs. GainJet Aviation, S.A. και Constantin Niyomwungere; Στο αμερικανικό περιφερειακό δικαστήριο Western District του Τέξας Τμήμα Σαν Αντόνιο

Προς κάθε ενδιαφερόμενο,

Σας ενημερώνουμε ότι το δικηγορικό μας γραφείο εκπροσωπεί την οικογένεια του Paul Rusesbagina σχετικά με την παράνομη ... αυθαίρετη κράτηση και τα βασανιστήρια που συνέβ... (εφεξής «το περιστατικό»). Οι ακόλουθες λεπτομέρε... την απαίτηση διατήρησης αποδεικτικών στοιχείων εμ...

...ΗΣΗ ΤΩ...

...εργειά σ... ...ετίζοντο... ...ρδιστικ... ...λων των... ...πληρωμή... και γρα... mayday... κάμερα... ...κολούθησ... όλα τα ... ...ου 2020

...παραμέν... για να ... λόγους... να δι... ...αστρέφετ... αυτής τη... ...ό αυτά το...



Registered No. RE193612632US

| | | |
|---|---|---|
| Postage $ $1.20 | Extra Services & Fees (continued) | Date Stamp |
| Extra Services & Fees | ☐ Signature Confirmation $ | 0374 88 |
| ☐ Registered Mail $16.30 | ☐ Signature Confirmation Restricted Delivery $ | PORTLAND TX 78374 MAR 08 2021 |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees $ $17.50 | |
| ☐ Restricted Delivery $ $0.00 | | |
| Customer Must Declare Full Value $ $0.00 | Received by 03/08/2021 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

To Be Completed By Post Office — OFFICIAL USE — USPS

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: PORTLAND, TX 78374

TO: Greece

PS Form 3806, Registered Mail Receipt, April 2015, PSN 7530-02-000-9051 — Copy 1 - Customer (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



UNITED STATES POSTAL SERVICE.

PORTLAND
120 LANG RD
PORTLAND, TX 78374-2626
(800)275-8777

03/08/2021 12:57 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class™ Intl Letter | 1 | | $1.20 |
| Greece | | | |
| Weight: 0 lb 0.80 oz | | | |
| Registered | | | $16.30 |
| Amount: $0.00 | | | |
| Tracking #: RE193612632US | | | |
| Total | | | $17.50 |
| Grand Total: | | | $17.50 |
| Debit Card Remitted | | | $17.50 |

Card Name: MasterCard
Account #: XXXXXXXXXXXX3563
Approval #
Transaction #: 992
Receipt #: 030594
Debit Card Purchase: $17.50
AID: A0000000042203 Chip
AL: Debit
PIN: Verified

****************************************



HILLIARD MARTINEZ GONZALES LLP
TRIAL ATTORNEYS

**NOTICE OF CLAIM FOR DAMAGES &**
**DEMAND FOR PRESERVATION OF EVIDENCE**

March 8, 2021

**Certified Mail Return Receipt Requested:**
GainJet Aviation S.A.
Themistokleous 1
Glifada 166 74 Greece

RE: **Civil Action 5:20-1422;** *Paul Rusesbagina, Taciana Mukangamije, Anaise Umubyeyi Kanimba, Aimee-Lys Rusesbagina, Carine Isere Kanimba, Aime-Diane Rusesabagina, Tresor Rusesabagina and Roger Rusesabagina vs. GainJet Aviation, S.A. and Constantin Niyomwungere;* In the United States District Court Western District of Texas; San Antonio Division

To Whom it May Concern,

Please be advised that our law firm represents the family of Paul Rusesbagina with regards to his unlawful extradition, arbitrary detention, and torture which occurred on August 26, 2020, (hereinafter referred to as the "Incident"). The following details regarding the claim, and the demand for evidence preservation appear below.

**DEMAND FOR PRESERVATION OF EVIDENCE**

This letter requests your immediate action to preserve any and all evidence related to this incident including, but not limited to the Bombardier Challenger 605 Plane (Tail # SX-FSA), flight dossier, flight manifest reocords, any and all communications organizing the flights, the method of payment and source of payment for the flight, photographs, e-mails, videos, notes, audio and/or written communications, text messages, phone recordings, mayday or squawk calls, flight drawings, pilot training manuals, pilot body cam videos, pilot dash cam videos, any and all surveillance footage, pilot personnel records for all involved officers, all documents concerning flight GNJ68 from August 28, 2020 to August 31, 2020 and witness statements.

Please ensure that such items remain in the same and unchanged condition as the date of the incident, to preserve and prevent the spoliation of evidence for litigation purposes. Please be advised that you are under a legal duty to maintain, preserve, retain, protect and not destroy any evidence related to the incident made the basis of this lawsuit. Please note that your failure to preserve any of this evidence may be used against you at trial, and may result in a spoliation instruction.

---

Respectfully,

**HILLIARD MARTINEZ GONZALES LLP**

By: *<u>/s/ Robert C. Hilliard</u>*
Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Telephone No: (361) 882-1612
Facsimile No: (361) 882-3015

-and-

**BEN CRUMP LAW, PLLC**

Benjamin Crump
122 S. Calhoun Street
Tallahassee, Florida 32301

**ATTORNEYS FOR CLAIMANT**

***hmgservice@hmglawfirm.com**
**Service to this address only.**



HILLIARD MARTINEZ GONZALES LLP
TRIAL ATTORNEYS

**ΕΙΔΟΠΟΙΗΣΗ ΑΙΤΗΣΗΣ ΖΗΜΙΩΝ &**
**ΑΙΤΗΣΗ ΓΙΑ ΤΗ ΔΙΑΤΗΡΗΣΗ ΤΩΝ ΔΕΔΟΜΕΝΩΝ**

8 Μαρτίου 2021

**Certified Mail Return Receipt Requested:**
GainJet Aviation S.A.
Themistokleous 1
Glifada 166 74 Greece

RE: Πολιτική δράση 5: 20-1422; Paul Rusesbagina, Taciana Mukangamije, Anaise Mother Kanimba, Aimee-Lys Rusesbagina, Carine Isere Kanimba, Aime-Diane Rusesabagina, Tresor Rusesabagina και Roger Rusesabagina vs. GainJet Aviation, S.A. και Constantin Niyomwungere; Στο αμερικανικό περιφερειακό δικαστήριο Western District του Τέξας Τμήμα Σαν Αντόνιο

Προς κάθε ενδιαφερόμενο,

Σας ενημερώνουμε ότι το δικηγορικό μας γραφείο εκπροσωπεί την οικογένεια του Paul Rusesbagina σχετικά με την παράνομη έκδοσή του, την αυθαίρετη κράτηση και τα βασανιστήρια που συνέβησαν στις 26 Αυγούστου 2020 (εφεξής «το περιστατικό»). Οι ακόλουθες λεπτομέρειες σχετικά με την αξίωση και την απαίτηση διατήρησης αποδεικτικών στοιχείων εμφανίζονται παρακάτω.

ΑΙΤΗΣΗ ΓΙΑ ΤΗ ΔΙΑΤΗΡΗΣΗ ΤΩΝ ΔΕΔΟΜΕΝΩΝ

Αυτή η επιστολή ζητά την άμεση ενέργειά σας για τη διατήρηση όλων και όλων των αποδεικτικών στοιχείων που σχετίζονται με αυτό το περιστατικό, συμπεριλαμβανομένων, ενδεικτικά, των βομβαρδιστικών 605 Plane (Tail # SX-FSA), του φακέλου πτήσης, των κωδικών πτήσης, όλων των επικοινωνιών που οργανώνουν τις πτήσεις, η μέθοδος πληρωμής και η πηγή πληρωμής για την πτήση, φωτογραφίες, e-mail, βίντεο, σημειώσεις, ήχος ή / και γραπτές επικοινωνίες, μηνύματα κειμένου, τηλεφωνικές εγγραφές, κλήσεις mayday ή squawk, σχέδια πτήσεων, εγχειρίδια εκπαίδευσης πιλότου, πιλοτική κάμερα βίντεο, βίντεο πιλότου dash cam, οποιουδήποτε και όλων των βίντεο παρακολούθησης, αρχεία προσωπικού πιλότου για όλους τους εμπλεκόμενους αξιωματικούς, όλα τα έγγραφα που αφορούν την πτήση GNJ68 από 28 Αυγούστου 2020 έως 31 Αυγούστου 2020 και δηλώσεις μαρτύρων.

Βεβαιωθείτε ότι τέτοια αντικείμενα παραμένουν στην ίδια και αμετάβλητη κατάσταση με την ημερομηνία του συμβάντος, για να διατηρήσετε και να αποτρέψετε τη φθορά των αποδεικτικών στοιχείων για λόγους δικαστικής προσφυγής. Σας ενημερώνουμε ότι έχετε το νόμιμο καθήκον να διατηρείτε, να διατηρείτε, να διατηρείτε, να προστατεύετε και να μην καταστρέφετε τυχόν αποδεικτικά στοιχεία που σχετίζονται με το περιστατικό ως βάση αυτής της αγωγής. Λάβετε υπόψη ότι η αποτυχία σας να διατηρήσετε οποιοδήποτε από αυτά τα αποδεικτικά στοιχεία μπορεί

---

να χρησιμοποιηθεί εναντίον σας κατά τη διάρκεια της δίκης και μπορεί να οδηγήσει σε εντολή χαλάρωσης.

Με σεβασμό,

HILLIARD MARTINEZ GONZALES LLP

Από: / s / Robert C. Hilliard
Ρόμπερτ Χ. Χίλιαρντ
State Bar No. 09677700
bobh@hmglawfirm.com

719 S. Shoreline Boulevard
Corpus Christi, Τέξας 78401
Τηλέφωνο: (361) 882-1612
Αριθμός φαξ: (361) 882-3015

-και-

BEN CRUMP LAW, PLLC

Μπέντζαμιν Κρουμ
Οδός S. Calhoun 122
Ταλαχάσι, Φλόριντα 32301

ΑΘΛΗΤΙΣΜΟΙ ΓΙΑ ΤΟΝ ΑΙΤΗΣΗ

*hmgservice@hmglawfirm.com
Υπηρεσία μόνο σε αυτήν τη διεύθυνση.