IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PAUL RUSESABAGINA, TACIANA MUKANGAMIJE, ANAISE UMUBYEYI KANIMBA, AIMEE-LYS RUSESABAGINA, CARINE ISERE KANIMBA, AIMEDIANE RUSESABAGINA, TRESOR RUSESABAGINA, AND ROGER RUSESABAGINA, <br><br> *Plaintiffs,* <br><br> vs. <br><br> GAINJET AVIATION, S.A., CONSTANTIN NIYOMWUNGERE,, <br><br> *Defendants.* | Civil Action No. 5:20-1422 |

## AFFIDAVIT OF PROCESS SERVER ONE LLC REGARDING SERVICE OF PETITION AND SUMMONS THROUGH THE HAGUE CONVENTION

COMES NOW, Robert C. Hilliard of HILLIARD MARTINEZ GONZALES LLP, as counsel for Plaintiffs, with this Affidavit by their contractors, Process Server One LLC regarding the service of the Summons and Complaint on Defendant GAINJET AVIATION, S.A. under the Hague Convention 02 of 1 March 1954 on civil procedure, for service in the sovereign country of Greece.

Contractor Process Server One, LLC, represented by case manager Kelly Breuer, hereby states and affirms that the Summons and Complaint to be served upon Defendant GAINJET AVIATION, S.A. were translated into Greek and were transmitted to Greek Committee on Private International Law, President: Prof. Dr. Spyridon Vrellis, c/o Ministry of Foreign Affairs Legal Department, 100 27, Athens, in the country of Greece pursuant to the provisions of the Hague Convention on civil procedure, by the undersigned, using international Federal Express service. Said Federal Express service shows delivery of the package to the Ministry of Foreign

Affairs on March 2, 2021. A courtesy email was also sent with the submission documents to the Ministry.

The Hague Convention allows for service of process to be requested by submission to said Ministry, where they will process the request and commission a bailiff or private process server within the country, pursuant to the country's rules or laws regarding service of process.
The undersigned further states that no communication from the Ministry has been received regarding said application since the date of submission. Unfortunately, service of process under the Hague Convention in many countries, including Greece, can take several months in normal times, and even longer with the added difficulties of the COVID response worldwide. This is not unusual; several months to a year can pass before an affidavit of service is received. The undersigned is contracted to monitor this process and to immediately deliver to the court proof of service when received.

Further, the affiant sayeth not.

Dated: May 4, 2021

_____
Kelly Breuer
Process Server One

## VERIFICATION OF PROCESS SERVER ONE

I declare under penalty of perjury that the foregoing is true and correct. Executed on the _____ day of __May__, __4__, at __2021__.
      (month)     (date)   (year)

_Andria Beauvais_

ANDRIA BEAUVAIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20014024343
MY COMMISSION EXPIRES AUGUST 06, 2021