IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **PAUL RUSESABAGINA, TACIANA MUKANGAMIJE, ANAISE UMUBYEYI KANIMBA, AIMEE-LYS RUSESABAGINA, AIME-DIANE RUSESABAGINA, TRESOR RUSESABAGINA, ROGER RUSESABAGINA, CARINE IZERE KANIMBA,** *Plaintiffs* | § § § § § § § § § § | **SA-20-CV-01422-XR** |
| **-vs-** | § § | |
| **GAINJET AVIATION S.A., CONSTANTIN NIYOMWUNGERE,** *Defendants* | § § § § | |

**ORDER**

On this date, the Court considered Plaintiffs' Advisory to the Court (ECF No. 4), provided to the Court in response to the Court's April 30, 3021 Order.

The Court ordered Plaintiffs to file an Advisory detailing all attempts at service on Defendants thus far, no later than May 14, 2021. Plaintiffs complied and demonstrated that they have been diligent in attempts to serve GainJet Aviation S.A., and state they intend to nonsuit Defendant Constantin Niyomwungere after service on GainJet is achieved.

Given that it may still take several months to finalize service on GainJet via the Greek Ministry of Justice, the Court will administratively close this case pending completion of service on GainJet.

The Clerk is directed to ADMINISTRATIVELY CLOSE this case. Administrative closure is no different from a simple stay, and parties may still file documents in the case and may move to re-open the case as needed, or the Court may re-open the case *sua sponte*.

1

<u>Plaintiffs shall file an Advisory concerning service every 30 days, beginning **July 1, 2021**, and shall notify the Court within seven days of completion of service on GainJet.</u>

It is SO ORDERED.

SIGNED this 17th day of May, 2021

                                                    Xavier Rodriguez
                                                    United States District Judge