IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PAUL RUSESABAGINA, TACIANA MUKANGAMIJE, ANAISE UMUBYEYI KANIMBA, AIMEE-LYS RUSESABAGINA, CARINE ISERE KANIMBA, AIMEDIANE RUSESABAGINA, TRESOR RUSESABAGINA, AND ROGER RUSESABAGINA,<br><br>*Plaintiffs,*<br><br>vs.<br><br>GAINJET AVIATION, S.A., CONSTANTIN NIYOMWUNGERE,<br><br>*Defendants.* | <u>Civil Action No. 5:20-1422-XR</u> |

**PLAINTIFFS' STATUS REPORT REGARDING SERVICE OF PROCESS**

This Status Report responds to the Court's Order dated May 17, 2021, ECF 11, requiring Plaintiffs to file an Advisory to the Court every 30 days, beginning July 1, 2021, concerning service of process on Defendant GainJet Aviation, S.A.

Plaintiffs respectfully state as follows:

1

1.	On July 30, Plaintiffs were unofficially informed by a reliable source in Greece that Defendant GainJet has been served and that the Prosecution Department of Athens has mailed a notice of service. Plaintiffs however have not yet received this notice and have not received confirmation of service from our process server.

2.	Plaintiffs will continue to dilligently monitor the service process through the Hague Service Convention and update the Court accordingly.

Dated: August 2, 2021

Respectfully submitted,

**HILLIARD MARTINEZ GONZALES LLP**
719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
T: (361) 882-1612
F: (361) 882-3015

By:  /s/ Robert C. Hilliard
**Robert C. Hilliard**
State Bar No.09677700
bob@hmglawfirm.com

AND

**HILLIARD SHADOWEN LLP**
Steve D. Shadowen
PA State Bar No. 41953(*Pro hac vice*)
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, Texas 78703
T: (717) 903-1177

**COUNSEL FOR PLAINTIFFS**