AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| Paul Rusesbagina, Taciana Mukangamije, Anaise Umubyeyi Kanimba, Aimee-Lys Rusesbagina, Carine Isere Kanimba, Aimediane Rusesbagina, Tresor Rusesbagina and roger Rusesabaina <br> *Plaintiff(s)* <br> v. <br> Gainjet Aviation, S.A., Constantin Niyomwungere <br><br> *Defendant(s)* | Civil Action No. 5:20-CV-01422-XR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Capt. Ramsey Shaban, CEO & President
Gainjet Aviation, S.A.,
Vouliagmenis Avenue & 1 Themistokleou St,
16674 Glyfada
Athens – Greece
ramsey@gainjet.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   HILLIARD MARTINEZ GONZALES LLP, Robert C. Hilliard State Bar No.09677700
bob@hmglawfirm.com, 719 S. Shoreline Boulevard Corpus Christi, Texas 78401
T: (361) 882-1612, F: (361) 882-3015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*  JEANNETTE J. CLACK

Date: 08/24/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:20-CV-01422-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print  Save As...  Reset



ATA Member ID: 217219

# CERTIFICATE
## OF TRANSLATION

August 10, 2021

To: Whom it may concern,

Subject: Order #44468 Translation of Court Decision document for Paul Rusesbagina, Taciana Mukangamije, Anaise Umubyeyi Kanimba, Aimee-Lys Rusesbagina, Carine Isere Kanimba, Aimediane Rusesbagina, Tresor Rusesbagina and roger Rusesabaina vs. Gainjet Aviation, S.A., Constantin Niyomwungere from English to Greek.

We Languex LLC, a professional translation company, hereby certify that the above mentioned document(s) have been translated by experienced and qualified professional translators and that, in our best judgment the translated text truly reflects the content, meaning, and style of the original text and constitute in every aspect a correct and true translation of the original document.

This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document or that the statements contained in the original document are true. Further Languex, LLC assumes no liability for the way in which translation is used by the customer or any third party, including end user of the translation.

A copy of the translation is attached to this certification.

Ebad Akbari
Managing Director
Languex LLC

Languex Translation LLC.
Certified Translation
Ohio Entity Number: 3996025
ATA Member ID: 217219

I, **SOFIA PAPACHRISTOU** am competent to translate from English to Greek and certify that the translation of the document mentioned in the above subject line of this certification is true and accurate to the best of my abilities.

_____
SOFIA PAPACHRISTOU
Translator
Languex Translation LLC
Dated: 08/10/2021

614 678 7301 | support@languex.co | 6605 Longshore Street, Suite 240, Dublin, Ohio 43017

Πρωτοδικείο Ηνωμένων Πολιτειών

Για την περιφέρεια του Τεξας

Paul Rusesbagina, Taciana Mukangamije, Anaise Umubyeyi Kanimba, Aimee-Lys Rusesbagina, Carine Isere Kanimba, Aimediane Rusesbagina, Tresor Rusesbagina and roger Rusesabaina

Μηνυτής

Gainjet Aviation, S.A., Constantin Niyomwungere

Ενάγων

Κλήτευση σε πολιτική αγωγή

Προς: (το όνομα του ενάγοντος και διεύθυνση) Gainjet Aviation, S.A., Vouliagmenis Avenue & 1 Themistokleou St, 16674 Glyfada Athens – Greece)

Μήνυση έχει αποδοθεί εναντίον σας.

Μέσα σε 21 ημέρες από την επίδοση της κλήτευσης σε εσάς (δεν μετράει η ημέρα που το παραλάβατε)- ή 60 ημέρες εάν βρίσκεστε στις Ηνωμένες Πολιτείες ή σε πρακτορείο των Ηνωμένων Πολιτειών, ή αξιωματούχος ή εργαζόμενος των Ηνωμένων Πολτειών που περιγράφεται στο Fed. R. Civ P.12(a)(2) ή (3)- πρέπει να επιδόσεις τον ενάγοντα μία απάντηση στο επισυναπτόμενη καταγγελία ή μια κίνηση σύμφωνα με τον Κανόνα 12 των Ομοσπονδιακών Κανόνων της Πολιτικής Διαδικασίας. Η απάντηση ή κίνηση πρέπει να αποδοθεί στον ενάγοντα ή στον δικηγόρο του ενάγοντος, του οποίου το όνομα και η διεύθυνση είναι:

HILLIARD MARTINEZ GONZALES LLP, Robert C. Hilliard State Bar No.09677700 bob@hmglawfirm.com, 719 S. Shoreline Boulevard Corpus Christi, Texas 78401 T: (361) 882-1612, F: (361) 882-3015

Αν παραλείψετε να ανταποκριθείτε, ερήμην αποφάσεως θα αποδοθεί εναντίον σας για τη ανακούφιση που ζητήθηκε στην καταγγελία. Θα πρέπει να αρχειοθετήσετε την απάντησή σας ή το αίτημά σας με το δικαστήριο.

Ημερομηνία:                                                                                     Υπάλληλος του Δικαστηρίου

**Languex Translation LLC.**
**Certified Translation**
**Ohio Entity Number: 3996025**
**ATA Member ID: 217219**

Αστική αγωγή Νο (5:20-CV-01422-XR)

Απόδειξη Παροχής Υπηρεσιών

(Αυτός ο τομέας δεν θα πρέπει να αρχειοθετηθεί στο δικαστήριο εκτός και αν χρειαστεί από την Fed. R. Civ.P.(l))

Αυτό καλείται για (όνομα προσώπου και τίτλος, αν υπάρχει)

Παραλήφθηκε από εμένα στις (ημερομηνία)                              .

Εγώ προσωπικά εξέδωσα την κλήση στο άτομο στο (μέρος)

στις (ημερομηνία)                    ή

Άφησα την κλήση στην κατοικία του ατόμου ή στον συνηθισμένο τόπο διαμονής με (όνομα)

, ένα άτομο κατάλληλης ηλικίας και εχεμύθειας ο οποίος ζεί εκεί, στις (ημερομηνία)          , και έστειλε αντίγραφο email στην τελευταία γνωστή διεύθυνση του ατόμου, ή

Εξέδωσα πρόσκληση στον (όνομα του προσώπου)                              ο οποίος ορίζεται απο το νόμο για την αποδοχή της παροχής υπηρεσιών εξ ονόματος (όνομα του οργανισμού)

στις(ημερομηνία)        ή

Επέστρεψα την πρόσκληση ανεκτέλεστη διότι                              ή

Άλλο (προσδιορίστε):


Η προμήθειά μου είναι  $              για ταξίδια και $              για υπηρεσίες, για ένα σύνολο των $ 0,00.

Δηλώνω υπό την ποινή της ψευδορκίας ότι αυτή η πληροφορία είναι αληθινή.

Ημερομηνία:              Υπογραφή διακομιστή


Εκτυπωμένο όνομα και τίτλος


Διεύθυνση διακομιστή


Επιπρόσθετες πληροφορίες σχετικά με την απόπειρα υπηρεσίας κτλ.


Εκτύπωση    Αποθήκευση          Επαναφορά

**Languex Translation LLC.**
**Certified Translation**
**Ohio Entity Number: 3996025**
**ATA Member ID: 217219**