IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PAUL RUSESABAGINA, TACIANA MUKANGAMIJE, ANAISE UMUBYEYI KANIMBA, AIMEE-LYS RUSESABAGINA, CARINE ISERE KANIMBA, AIMEDIANE RUSESABAGINA, TRESOR RUSESABAGINA, AND ROGER RUSESABAGINA, <br><br> *Plaintiffs,* <br><br> vs. <br><br> GAINJET AVIATION, S.A., CONSTANTIN NIYOMWUNGERE, <br><br> *Defendants.* | <u>Civil Action No. 5:20-1422-XR</u> |

**PLAINTIFFS' STATUS REPORT REGARDING SERVICE OF PROCESS**

This Status Report responds to the Court's Order dated May 17, 2021, ECF 11, requiring Plaintiffs to file an Advisory to the Court every 30 days, beginning July 1, 2021, concerning service of process on Defendant GainJet Aviation, S.A., and to file a notice within 7 days of completion of service.

Plaintiffs respectfully state as follows:

1

1.	On August 26, 2021, the CEO and President of GainJet Aviation, S.A., Captain Ramsey Khdair (Captain Ramsey Shaban), signed and returned to Plaintiffs a Waiver of the Service of Summons.

2.	The Waiver of the Service of Summons is attached as Exhibit 1.

3.	Service having been made outside of the United States, Plaintiffs' understanding is that the deadline for GainJet to respond to the Complaint is 90 days from August 26, 2021 – November 24, 2021.

Dated: August 27, 2021					Respectfully submitted,

**HILLIARD MARTINEZ GONZALES LLP**
719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
T: (361) 882-1612
F: (361) 882-3015

By:	/s/ Robert C. Hilliard
	**Robert C. Hilliard**
	State Bar No.09677700
	bob@hmglawfirm.com

AND

**HILLIARD SHADOWEN LLP**
Steve D. Shadowen
PA State Bar No. 41953(*Pro hac vice*)
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, Texas 78703
T: (717) 903-1177

**COUNSEL FOR PLAINTIFFS**