# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| PAUL RUSESABAGINA, TACIANA MUKANGAMIJE, ANAISE UMUBYEYI KANIMBA, AIMEE-LYS RUSESABAGINA, CARINE ISERE KANIMBA, AIMEDIANE RUSESABAGINA, TRESOR RUSESABAGINA, AND ROGER RUSESABAGINA, <br><br> *Plaintiffs,* <br><br> vs. <br><br> GAINJET AVIATION, S.A., CONSTANTIN NIYOMWUNGERE, <br><br> *Defendants.* | **Civil Action No. 5:20-1422-XR** |

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Paul Rusesabagina, Taciana Mukangamije, Anaise Umubyeyi Kanimba, Aimee-lys Rusesabagina, Carine Isere Kanimba, Aimediane Rusesabagina, Tresor Rusesabagina, and Roger Rusesabagina (collectively, "Plaintiffs") voluntarily dismiss Defendant Constantin Niyomwungere from the

1

above-entitled litigation without prejudice. This lawsuit was filed by Plaintiffs on December 14, 2020. The opposing party has served neither an answer nor a motion for summary judgment in this matter.

Dated: November 15, 2021               Respectfully submitted,

                                          **HILLIARD MARTINEZ GONZALES LLP**
719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
T: (361) 882-1612
F: (361) 882-3015

By: */s/ Robert C. Hilliard*
    **Robert C. Hilliard**
    State Bar No.09677700
    bob@hmglawfirm.com

AND

**HILLIARD SHADOWEN LLP**
Steve D. Shadowen
PA State Bar No. 41953(*Pro hac vice*)
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, Texas 78703
T: (717) 903-1177

**COUNSEL FOR PLAINTIFFS**