IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PAUL RUSESABAGINA, TACIANA MUKANGAMIJE, ANAISE UMUBYEYI KANIMBA, AIMEE-LYS RUSESABAGINA, CARINE ISERE KANIMBA, AIME-DIANE RUSESABAGINA, TRESOR RUSESABAGINA, AND ROGER RUSESABAGINA, <br><br> *Plaintiffs,* <br><br> v. <br><br> GAINJET AVIATION, S.A., <br><br> *Defendant.* | Civil Action No. 5:20-cv-01422-XR |

**DEFENDANT GAINJET AVIATION, S.A.'S UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY**

Defendant GainJet Aviation S.A. ("GainJet") requests additional time to respond to Plaintiffs' Motion for Leave to Conduct Jurisdictional Discovery, filed on January 24, 2022. [Doc. 30]. GainJet's response is due January 31, 2022. GainJet requests leave to file its response no later than February 4, 2022. Plaintiffs are unopposed to this request.

Respectfully submitted,

| | |
|---|---|
| */s/ Pamela C. Hicks* <br> Pamela C. Hicks (attorney in charge) <br> TBA No. 24007002 <br> Federal I.D. No. 23061 <br> 3555 Timmons Lane, Suite 1000 <br> Houston, Texas 77027 <br> Telephone: (713) 589-2240 <br> Facsimile: (713) 277-7220 <br> Email: phicks@hdwlegal.com | Andrew J. Harakas <br> *Admitted pro hac vice* <br> 405 Lexington Avenue <br> New York, New York, 10174 <br> T: (212) 710-3900 <br> F: (212) 710-3950 <br> andrew.harakas@clydeco.us |

1

| | |
|---|---|
| Of Counsel:<br>HICKS DAVIS WYNN, PC<br>3555 Timmons Lane, Suite 1000<br>Houston, Texas 77027<br>Telephone: (713) 589-2240<br>Facsimile: (713) 277-7220 | Of Counsel:<br>CLYDE & CO. US LLP<br>Philip R. Weissman<br>405 Lexington Avenue<br>New York, New York, 10174<br>T: (212) 710-3900<br>F: (212) 710-3950<br>philip.weissman@clydeco.us |

**ATTORNEYS FOR GAINJET AVIATION, S.A.**

**CERTIFICATE OF SERVICE**

I hereby certify that in accordance with the Federal Rules of Civil Procedure, a true and correct copy of the foregoing was served on January 28, 2022 via ECF as follows:

| | |
|---|---|
| Robert C. Hilliard<br>HILLIARD MARTINEZ GONZALES LLP<br>719 S. Shoreline Blvd.<br>Corpus Christi, Texas 78401<br>Service email: hmgservice@hmglawfirm.com | Steve D. Shadowen<br>steve@hilliardshadowenlaw.com<br>Tina Miranda<br>tmiranda@hilliardshadowenlaw.com<br>Nicholas W. Shadowen<br>nshadowen@hilliardshadowenlaw.com<br>HILLIARD SHADOWEN LLP<br>1135 W. 6th Street, Suite 125<br>Austin, Texas 78703 |

             /s/Pamela C. Hicks
             Pamela C. Hicks