IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PAUL RUSESABAGINA, TACIANA MUKANGAMIJE, ANAISE UMUBYEYI KANIMBA, AIMEE-LYS RUSESABAGINA, AIME-DIANE RUSESABAGINA, TRESOR RUSESABAGINA, ROGER RUSESABAGINA, CARINE IZERE KANIMBA, <br><br> *Plaintiffs,* <br><br> vs. <br><br> GAINJET AVIATION S.A., <br><br> *Defendant.* | § § § § § § § § § § § § § § § § § | SA-20-CV-01422-XR |

## AMENDED ORDER RESETTING VIDEO HEARING

Before the Court in the above-styled and numbered cause of action is Plaintiffs' Motion for Leave to Conduct Jurisdictional Discovery [#30], which was referred to the undersigned for disposition on January 25, 2022. On February 7, 2022, the Court reset the hearing on Plaintiffs' motion [#42]. The Court's Order contained a scrivener's error. The following Order corrects this error.

By their motion, Plaintiffs, on behalf of all the parties to this matter, ask that the hearing set for February 8, 2022, be continued until a later date that would satisfy the Court. The Court will therefore reset the hearing for March 14, 2022, at 1:30 p.m.

**IT IS THEREFORE ORDERED** that Plaintiffs' Unopposed Motion for Continuance [#41] is **GRANTED**.

**IT IS FURTHER ORDERED** that the hearing previously set for February 8, 2022, at 10:30 a.m. is **CANCELED**.

**IT IS FINALLY ORDERED** that Plaintiffs' Motion for Leave to Conduct Jurisdictional Discovery [#30] is **RESET** for a videoconference hearing via Zoom at 1:30 p.m. on March 14, 2022. All parties are **required to appear by Zoom** for the hearing. The information to join the hearing is as follows:

Join ZoomGov Meeting: https://txwd-uscourts.zoomgov.com/j/16126729723

Meeting ID: 161 2672 9723

If there are questions regarding the Zoom appearance, the parties should contact Valeria Sandoval, Courtroom Deputy, at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

Because earlier hearings in other cases may be in progress at the time attorneys log-in for their scheduled hearing, attorneys may be required to wait in the Zoom "waiting room" until the Courtroom Deputy addresses them. Parties should review the July 15, 2020 Standing Order Regarding Telephone or Video Teleconference Hearings, which is available upon request from the Courtroom Deputy and on the Court's website.

SIGNED this 8th day of February, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE