

April 11, 2022

<u>Via CM/ECF NextGen</u>
Clerk of the Court
Western District of Texas
San Antonio Division
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207

    Re: Case No. 5:20-cv-1422; *Paul Rusesabagina, Taciana Mukangamije, Anaise Umubyeyi, Aimee-Lys Rusesabagina, Carine Isere Kanimba, Aime-Diane Rusesabagina, Tresor Rusesabagina and Roger Rusesabagina vs. Gainjet Aviation, S.A.*; In the United States District Court for the Western District of Texas, San Antonio Division

Dear Clerk of the Court:

 This letter is to notify this Honorable Court that I will be on vacation with my family out of state from June 6, 2022 to June 13, 2022.

 I respectfully request the court's grace in scheduling trial hearings or deadlines (other than those already scheduled) for the above-captioned case during the specified dates. Thank you in advance for your consideration.

 Please do not hesitate to contact the undersigned if you have any questions.

           Respectfully,

           **HILLIARD MARTINEZ GONZALES LLP**

         By: */s/ Marion M. Reilly*
           Marion M. Reilly (Pro Hac Vice)
           Texas State Bar No. 24079195
           marion@hmglawfirm.com
           719 S. Shoreline Boulevard
           Corpus Christi, Texas 78401
           T: (361) 882-1612
           F: (361) 882-3015