

August 3, 2022

<u>Via CM/ECF</u>
Clerk of the Court
Western District of Texas
San Antonio Division
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207

      Re:  Case No. 5:20-cv-1422; *Paul Rusesabagina, Taciana Mukangamije, Anaise Umubyeyi, Aimee-Lys Rusesabagina, Carine Isere Kanimba, Aime-Diane Rusesabagina, Tresor Rusesabagina and Roger Rusesabagina vs. Gainjet Aviation, S.A.*; In the United States District Court for the Western District of Texas, San Antonio Division

Dear Judge Rodriguez,

    At the hearing this afternoon, Your Honor inquired as to whether additional briefing would be necessary in responding to the Gainjet's Motion to Dismiss. After further consultation with counsel in the matter, the Plaintiffs would respectfully request the opportunity to present additional briefing to the Court in the event Plaintiffs' Motion to Compel is denied.

    I sincerely appreciate your consideration.

                                                        Respectfully,

                                                        **HILLIARD MARTINEZ GONZALES LLP**

                                      By: <u>*/s/ Marion M. Reilly*</u>
                                           Marion M. Reilly (Pro Hac Vice)
                                           Texas State Bar No. 24079195
                                           marion@hmglawfirm.com
                                           719 S. Shoreline Boulevard
                                           Corpus Christi, Texas 78401
                                           T: (361) 882-1612
                                           F: (361) 882-3015

cc.
Pamela Hicks
Andrew J. Harakas