

**HILLIARD MARTINEZ GONZALES** LLP
TRIAL ATTORNEYS

**FILED**

August 03, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
MGR
DEPUTY

August 3, 2022

<u>Via Email</u>
Clerk of the Court
Western District of Texas
San Antonio Division
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207

     Re:  Case No. 5:20-cv-1422; *Paul Rusesabagina, Taciana Mukangamije, Anaise Umubyeyi, Aimee-Lys Rusesabagina, Carine Isere Kanimba, Aime-Diane Rusesabagina, Tresor Rusesabagina and Roger Rusesabagina vs. Gainjet Aviation, S.A.*; In the United States District Court for the Western District of Texas, San Antonio Division

Dear Judge Rodriguez,

   At the hearing this afternoon, Your Honor inquired as to whether additional briefing would be necessary in responding to the Gainjet's Motion to Dismiss. After further consultation with counsel in the matter, the Plaintiffs would respectfully request the opportunity to present additional briefing to the Court in the event Plaintiffs' Motion to Compel is denied.

   I sincerely appreciate your consideration,

        Respectfully,

        **HILLIARD MARTINEZ GONZALES LLP**

       By: <u>*/s/ Marion M. Reilly*</u>
         Marion M. Reilly (Pro Hac Vice)
         Texas State Bar No. 24079195
         marion@hmglawfirm.com
         719 S. Shoreline Boulevard
         Corpus Christi, Texas 78401
         T: (361) 882-1612
         F: (361) 882-3015